IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLOTTE MARTIN**                                                                                      **PLAINTIFF**

v.                                  **Case No. 4:22-cv-00397-LPR**

**DEPARTMENT OF VETERANS
AFFAIRS**                                                                                                      **DEFENDANT**

## ORDER

Plaintiff Charlotte Martin's motion to proceed *in forma pauperis* is granted.[1] She reports living on a combination of social security income and veteran's benefits.[2] The law requires that I screen the Complaint.[3]

Although she names only the Department of Veterans Affairs as a defendant, Ms. Martin alleges a wide-ranging and long-term conspiracy involving her family, her associates, her landlord, her doctors, police, and emergency responders.[4] An action is frivolous if its allegations are "fanciful, fantastic, [or] delusional," its "factual contentions are clearly baseless," or it is "based on an indisputably meritless legal theory."[5] A "finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible . . . ."[6] Ms. Martin's claims fall into this category.  Accordingly, her Complaint will be dismissed without prejudice.

---

[1] *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

[2] Pl.'s Mtn. for Leave to Proceed IFP, Doc. 1.

[3] 28 U.S.C. § 1915(e)(2).

[4] Complaint, Doc. 2.

[5] *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (internal citations and quotations omitted); *Nietzke v. Williams*, 490 U.S. 319, 327-29 (1989).

[6] *Denton*, 504 U.S. at 33.

IT IS THEREFORE ORDERED that:

1. Ms. Martin's motion to proceed *in forma pauperis* (Doc. 1) is GRANTED.

2. The Complaint (Doc. 2) is DISMISSED without prejudice.

3. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[7]

Dated this 7th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[7] 28 U.S.C. § 1915(a)(3).